

In the United States District Court - Eastern District of VA

Action # 3:17cv073  Lauck

FILED 2 5 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA

# 39233

I. PARTIES

A) PLAINTIFFS
1) Sundari Karma Prasad
Hampton Roads Regional Jail
PO Box 7459
Portsmouth VA 23707

* Individual w/ disability, requires assistance & legal aid
* Member, Creek Nation & entitled to relief as well

2) Shamus David Alfred Nelson-Prasad II
Hampton Roads Regional Jail
PO Box 7459
Portsmouth VA 23707

* Son, member of Creek Nation

Everyone listed, please ran out of space & paper

B) DEFENDANTS

1. Viviene B Cheek - Aunt, daughter of Granee Cheek
507 Glenmeadow Terrace
Midlothian VA 23114

Monica K Vich, S. Jones

16. Hamilton L Hendrix   ABUSERS
Gloria L Schnell, Jim Schnell
Shawn Lewis Paul, Tracci Busley
Andy Paul, Ashton Hendrix
27A Towlee Dr
Hampton VA 23666

2. Vivian B Cheek - wife of Clifford Cheek
507 Glenmeadow Terrace
Midlothian VA 23114

3. Carolyn D Nelson - Mom
507 Glenmeadow Terrace
Midlothian VA 23114

10. Catrina Cheek - cousin
507 Glenmeadow Terr
Midlothian VA 23114

4. Reginald Cheek - Uncle
507 Glenmeadow Terr
Midlothian VA 23114

11. Clenford Cheek Jr - cousin
507 Glenmeadow Terr
Midlothian, VA 23114

5. Toya Cheek - cousin
507 Glenmeadow Terr
Midlothian VA 23114

12. Jonathan D Heslee - Fugitive/Stalker
C/o Bill DeBlasio
City Hall
Ny, Ny 10007

6. Clenford Cheek - Uncle
507 Glenmeadow Terr
Midlothian VA 23114

13. Fern Cheek - Aunt
507 Glenmeadow Terr
Midlothian VA 23114

RECEIVED JAN 19 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA

7. Kiem Cheek - cousin
507 Glenmeadow Terr
Midlothian VA 23114

8. Sarah Cheek - cousin
507 Glenmeadow Terr
Midlothian VA 23114

14. Fifth Baptist Church - Banquet Hall Holder
Rev McCann Brown Jr
1415 W Cary St
Richmond VA 23220

9. Chris Cheek - cousin
Glenmeadow Terr
Midlothian VA 23114

15. Reginald Cheek Jr
507 Glenmeadow Terr
Midlothian VA 23114

16. Gail Nelson-(?) Lawyer
    1410 Livingston Lane, Ste A
    Jackson, MS 39213

17. Booker Washington (?) Walker- musician
    1410 Livingston Lane Ste A
    Jackson, MS 39213

18. Sally Nelson   Nurse
    1410 Livingston Lane Ste A
    Jackson, MS 39213

19. Charlotte Nelson   Retired
    1410 Livingston Lane Ste A
    Jackson, MS 39213

20. Z-Bony Nelson   Retired
    1410 Livingston Lane Ste A
    Jackson, MS 39213

21. Frieda Nelson   Nurse
    1410 Livingston Lane Ste A
    Jackson, MS 39213

22. Brent Nelson   Lawyer
    1410 Livingston Lane Ste A
    Jackson, MS 39213

23. Beverly Nelson   Lawyer
    1410 Livingston Lane Ste A
    Jackson, MS 39213

24. Brandy Nelson   Doctor
    1410 Livingston Lane Ste A
    Jackson, MS 39213

25. Lisa Nelson   Retired
    1410 Livingston Lane Ste A
    Jackson, MS 39213

26. Cynthia Nelson   Journalist
    1410 Livingston Lane Ste A
    Jackson, MS 39213

27. Donna Nelson   Architect
    1410 Livingston Lane Ste A
    Jackson, MS 39213

28. Al Nelson II   Military/FBI
    1410 Livingston Lane Ste A
    Jackson, MS 39213

29. Clarence Nelson Jr   Military/FBI
    1410 Livingston Lane Ste A
    Jackson, MS 39213

30. Rounroe Nelson   Retired
    Adrienne Nelson (Clon?)
    Glory Turner Rd
    Richmond VA 23220

31. Horace Nelson   Steward
    1410 Livingston Lane Ste A
    Jackson, MS 39213

32. The Estate & Inheritance of
    Auley O Auley E Gormley
    NA Tower Dr
    Hampton VA 23666

→

33. The Estate & Inheritance of
    Jim Sorrell & family
    27A Towler Dr
    Hampton VA 23606

34. The Estate & Inheritance of
    Ashton Headley
    27A Towler Dr
    Hampton VA 23666

35. The Estate & Inheritance of
    Tracy Busby & family
    27A Towler Dr
    Hampton VA 23666

36. The Estate & Inheritance of
    Kelly Lind / Sean Karen & family
    8484 Wilshire Blvd
    #900 Beverly Hills, CA 90211

37. The Estate & Inheritance of
    Carrey Flynt & Carrey Flynt, Jr.
    8484 Wilshire Blvd
    #900
    Beverly Hills, CA 90211

38. The Estate & Inheritance of
    Ocean & River Clark & family
    650 Newark St
    Hoboken, NJ 07040

39. The Estate & Inheritance of
    Jonathan D Headley & family
    650 Newark St
    Hoboken, NJ 07030

40. The Estate & Inheritance of
    David Arnold Carpenter & family
    4225 RT 17 #21
    Yorktown VA 23693

41. The Estate of & Inheritance
    Monica Krusty Vick & Stones
    1414 Coxxxx Dr
    Newport News VA 23507

42. The Estate & Inheritance of
    Katherine Flynt ode
    K. Flynt
    8484 Wilshire Blvd
    #900
    Beverly Hills, CA 90211

II PREVIOUS LAWSUITS

1. Plaintiffs – Sharon K Presnel, Shannon D.A. Nelson, Presnel
   Defendants – Cravens
2. US Eastern District
3. 1/15 – Current
4. Cravens
5. MH Couch, Retrieve Items
6. 0040, 1005, 0105, 0006, 890, 891, 899, 979, et al

III GRIEVANCE

A. Hampton Roads Regional Jail    B. Yes – No –    D. Pointless

Complained to DOJ & DOC – nothing happened.

* The Pickering factory & Jori Headlee's attention grabbing & – "washing money!!"  "all my abusing my Civil Rights since I am incarcerated!!"
  HENDRIX & SCHROEDER families are dragging all families to exploit God & $ $
  SOMETHING HAS GOT TO GIVE HERE – THIS KEEPS GETTING WORSE –

IV I AM TIRED OF THESE SAME RIGHTS BEING VIOLATED CONSTANTLY!! – 1/13/17 Oak (recent occurrence) –
Court – Vivian Clark & mom-Cindy Nelson – lied and stole mail, etc – saying I was "mentally ill" and closed or dismissed mostly all of my §1983 cases and you allowed them to do NO
Return although you had my mental health verification – any funds that were settled they stole from me so I did not receive any settlements or notices and they proceeded ahead & changed addresses along w/ Hampton Hendrix & Granby-parties on other cases. This is also criminal. Civil rights – ADA, 14th, 5th, 1st, 3rd, 4th, Due Access & Due Diligence. Fraud is also involved. Headlee, Hendrix, Schroed, Lewis, Pauls, Etc are involved as this goes along w/ my Cestuly Case – which you know I have been filing Civil Rights complaints w/ against this jail for over a year. My whole family was made aware of circumstances as my son was involved w/ this as well and the abuse of his rights (sexual abuse/ child abuse/
Recording is involved) and my aunt/mom's church – (New Braun) and they did NOTHING to arrest. It has been almost 3 years total. There are unreal corrupt people & attorneys in my family and none arrested. DO NOT change or close anything!!
HENDRIX & Granby are dragging entire families in via Civil Rights looking for money!! 2 to exploit via
I RELIEF     $2D (plea entries)   & everyone listed – all families are involved   Civil Rights & by
                                    and need to be listed -                    abusing my Civil
✓ Award money $835 trillion dollars                                             Rights since I'm
                                                                                incarcerated.
✓ Grant injunctive – Changing all cases – moving money, check to others, protection order,
  to all cases against State & free speech case, granting all benefits (disability, etc)
  name/identity change, and criminal case – (Full custody of son is the granted
✓ other

Removing trustees claimed falsely by Carolyn D Nelson w/ Waters & all
benefits until (blank) Sharon Presnel owns cases – knowing Nelsen w. Crook yanked w. (blank)
murder of above (Nelsen (he got left on steps ...

⓾ that were stolen & barely cleared by Carolyn Nelson since his death in 2004 - a case is open CJISC-17 on that right now - and due to so many cases being filed - No fees of any kind.

VI. **Removal from Hanover Means Regional Jail**
   PLACES OF INCARCERATION

   Hanover Means Regional Jail
   7400 Elmhurst Lane
   PO Box 7609
   Hanover VA 23069

VII. **Consent**

   No I consent to appear before magistrate? NO → Judge Requested
   And I request a Jury
   
   * PLEASE Swap all Cases to Judge and Jury
   All - so that they cannot be closed!!

VIII. **Signature**

   Signed this 15th day of Jan, 20 17
   Plaintiff  S Rasad
   Plaintiff  Seamus DA Nelson-Rasad II

---

DEAR CLERK:

DO NOT DROP CASES → MOVE all cases filed to Judge & Jury NO MAGISTRATE -

   Thanks
   S Rasad
   Paralegal